No. 70. BRYAN *v.* SID W. RICHARDSON, INC. C. A. 5th Cir. Certiorari denied. *Oscar A. Mellin* and *E. Hastings Ackley* for petitioner. *Gillis A. Johnson* for respondent.

No. 71. WASSON ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioners *pro se.* *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *Davis W. Morton, Jr.* for the United States.

No. 73. PADRON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Melvin B. Lewis* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *William J. Schafer, III,* for the United States.

No. 77. EVARTS *v.* WESTERN METAL FINISHING Co. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Don F. Tyler* for respondent.

No. 78. SOUTHERN COUNTIES GAS Co. OF CALIFORNIA *v.* UNITED STATES. Court of Claims. Certiorari denied. *Bates Booth* and *Irl Davis Brett* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *S. Billingsley Hill* for the United States.

No. 81. WHITLOCK CORPORATION *v.* UNITED STATES. Court of Claims. Certiorari denied. *Julius Schein* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.